Brigman et al. v. The State.

---

## BRIGMAN ET AL. vs. THE STATE.

[STRIKING CASE FROM DOCKET.]

1. *Supreme court ; when has no jurisdiction to determine cause.*—Where the transcript of the record and proceedings of the lower court were filed in the supreme court, it no where appearing, either in the record or clerk's certificate, that an appeal had been taken, there being no appeal bond or security for costs of the appeal, the supreme court ordered the case stricken from the docket, as one of which it has no jurisdiction.

Brigman and others have filed in this court a transcript of the record and proceedings upon a forfeited undertaking of bail in the circuit court of Dallas, from which it appears that Brigman, having been indicted for forgery, he and others entered into an undertaking of bail for his appearance at the next term of court.   Failing to do this, judgment *nisi* was rendered against the obligors on said undertaking of bail, which was afterwards made final. The clerk certifies simply that the transcript is a full and complete transcript of the record and proceedings in the

circuit court in the matter of the undertaking of bail, and proceedings and judgment thereon. There is no appeal bond, nor any evidence whatever in the record that any appeal has been taken.

The clerk having docketed the case, the Attorney-General now submits the same on motion to dismiss it out of this court.

JOHN W. A. SANFORD, Attorney-General, for motion.

———— ———— contra.

PECK, C. J.—On looking into this transcript, we find no where in the record, or the certificate of the clerk of the circuit court, any evidence that an appeal was taken, or any appeal bond, or security for the costs of an appeal, given, as required by § 3509 of the Revised Code; consequently, the case is not properly in this court, and we can take no jurisdiction of it, either to hear it, or to dismiss it as an appeal irregularly and improperly here. The only order we can make is, to direct the case to be stricken off the docket. This we must do to get the case out of our way.

Let the case be stricken from the docket, because no appeal appears to have been taken.